UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| **Patty Sue Huckeby, Debtor,** ) | **Case No: 16-09044** |
| **1409 Latimer Lane** ) | **Chapter 13** |
| **Hendersonville, TN 37075** ) | **Judge Harrison** |
| ) | |
| SS# xxx-xx-9010. ) | |

___

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: March 15, 2017.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: Wednesday, March 29, 2017 AT 8:30 a.m.**
**In COURTROOM 1, SECOND FLOOR CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TN 37203.**
___

### NOTICE OF MOTION TO MODIFY PLAN AFTER CONFIRMATION

Patty Huckeby has asked the court for the following relief: Motion To Modify Plan After Confirmation.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion or order, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov> .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2**.** Your response must state the deadline for filing responses, the date of the scheduled hearing, and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

   If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:   February 22, 2017                                                        Signature:  /s/ Eric K. Fox
                                                                                              Name:   Eric K. Fox, Attorney for Debtors
                                                                                              Address: 103 Hazel Path Court, Ste. 6
                                                                                                              Hendersonville, TN 37075
                                                                                                              Telephone: (615) 264-5695
                                                                                                              Fax: (615) 264-5655
                                                                                                              eric@ericfoxlegal.com