UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| **Patty Sue Huckeby, Debtor,** | ) | **Case No: 16-09044** |
| **1409 Latimer Lane** | ) | **Chapter 13** |
| **Hendersonville, TN 37075** | ) | **Judge Harrison** |
| | ) | |
| **SS# xxx-xx-9010.** | ) | |

## PROPOSED ORDER

Whereas, the Debtor, by her attorney, filed a Motion to Modify her chapter 13 plan after confirmation. Whereas, no opposition to the Motion was filed per local rule 9013, the plan modification is hereby approved as follows:

1. The debtor shall retain her tax refunds (not contribute to the plan) for tax years 2016 through the remainder of the plan;
2. If the Trustee receives a tax refund for the debtor during the life of this plan, such refund shall be disgorged to the debtor, absent further orders of this court;
3. The Order entered in this case on 2/17/17 (Doc. 23) Directing the IRS to Transmit Debtor's Funds to the Trustee is hereby set aside;
4. All other plan terms remain the same;

**IT IS SO ORDERED.**

THIS ORDER WAS SIGNED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

**APPROVED FOR ENTRY:**
Signature:  /s/ Eric K. Fox
Eric K. Fox, #022087
Attorney for Debtor
103 Hazel Path Court, Ste. 6
Hendersonville, TN 37075
Telephone:  (615) 264-5695
Fax: (615) 264-5655
eric@ericfoxlegal.com